### 7940. TARVER v. PARK, receiver.

BLOODWORTH, J.  The defendant having filed a plea in which he admitted a prima facie case in favor of the plaintiff, and having failed to sustain by proof the defense set out in his pleadings, the court did not err in directing a verdict against him.  *Fitzgerald* v. *Reid,* 7 *Ga. App.* 323 (66 S. E. 813) ; *Krauss* v. *Flournoy,* 7 *Ga. App.* 322 (66 S. E. 805).

*Judgment affirmed.*  *Broyles, P. J., and Jenkins, J., concur.*

DECIDED MAY 11, 1917.

Complaint; from city court of Blakely—Judge Sheffield. October 20, 1916.

*L. M. Rambo,* for plaintiff in error. *Glessner & Collins,* contra.